## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

DANNY WRIGHT                                                          PLAINTIFF

v.                                                              No. 4:07CV114-P-A

EARNEST KING                                                        DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case

is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be

granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 25th day of July, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE